[Civ. No. 3075. Third Appellate District.—February 19, 1926.]

K. NAKAGAWA et al., Respondents, v. HIGHWAY FARMING COMPANY (a Corporation), Appellant; E. S. ARDZROONI et al., Respondents.

[1] CONTRACTS—FARMING AGREEMENT—ASSUMPTION OF OBLIGATIONS BY VENDEES.—Judgment affirmed upon authority of *Tanaka* v. *Highway Farming Co., ante,* p. 590.

APPEAL from a judgment of the Superior Court of Fresno County. J. E. Woolley, Judge. Affirmed.

The material facts are the same as in *Tanaka* v. *Highway Farming Co., ante,* p. 590.

Williams & Fenstermacher for Appellant.

L. L. Cory, W. H. Stammer and B. H. Cory for Respondents.

FINCH, P. J.—The defendant Highway Farming Company has appealed from the judgment herein in favor of plaintiffs against that company and in favor of defendants Ardzrooni Bros. against the plaintiffs. The appeal is submitted upon the briefs and oral arguments in the case of Tanaka and others against the same defendants (*ante,* p. 590 [245 Pac. 434]). But one point is made by the appellant, and that the same as made in the Tanaka case, and the facts material to the appeals are the same in both cases.

[1] For the reasons stated in the opinion filed in the Tanaka case, the judgment is affirmed.

Pullen, J., *pro tem.,* and Plummer, J., concurred.